**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15227)**
**Jessica Recarey-Valenzuela, Esq. (NV 16611)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
sgillespie@burgermeyer.com
jrecarey-valenzuela@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

BURGER, MEYER & D' ANGELLO, LLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHERYL HUDSON-TRAVIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. d/b/a WALMART, a foreign corporation; DOE EMPLOYEE, an individual; DOES 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | Case No.: 2:26-cv-00294-GMN-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, CHERYL HUDSON-TRAVIS and WALMART, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed <u>with prejudice</u> as to all parties, including as to all DOE and ROE defendants.

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 3RD Day of August 2026

**GLOECKNER INJURY LAW**

By: /S/ Kylee Gloeckner
KYLEE L. GLOECKNER, ESQ.
Nevada Bar No. 14056
3535 Executive Terminal Dr., Suite 110
Henderson, Nevada 89052
*Attorneys for Plaintiff*

Dated this 5TH Day of August 2026

**BURGER, MEYER & D'ANGELO LLP**

Tabetha A. Martinez, Esq.
Nevada Bar No. 14237
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
Jessica Recarey-Valenzuela, Esq.
Nevada Bar No. 16611
725 S 8th Street, Suite 200
Las Vegas, NV 89101
*Attorneys for Defendant*
WALMART, INC.

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint in District Court Case No.26-cv-00294-GMN-MDC is dismissed WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Gloria M. Navarro
United States District Judge
Date:

**BURGER, MEYER & D'ANGELO LLP**

Tabetha A. Martinez, Esq.
Susan E. Gillespie, Esq.
Jessica Recarey-Valenzuela, Esq.
*Attorneys for Defendant*
WALMART, INC.



BURGER, MEYER & D'ANGELO, LLP